## NAYLOR v. PHILLIPS.

After appearance, the appellee cannot claim a dismissal of the writ of error for want of a citation.

THIS was a writ of error from the Circuit Court of Pickens county, sued out by P. Naylor, to reverse a decree rendered by that Court, in favor of Phillips, on a bill filed by him against Naylor. The writ of error issued the 10th of November, 1829, and was returnable to the January term, 1830, of this Court. At that term, the decree was affirmed on certificate, and afterwards, at the same term, that judgment was set aside on the shewing of the appellant, and he was permitted to file the record, and assign errors.

The defendant in error now moved the Court to dismiss the cause, because no citation had issued to him.

ROSE, for the motion.

SHORTRIDGE and FLOURNOY, for the appellant.

By LIPSCOMB, CHIEF JUSTICE. We have heretofore ruled that the want of a citation is a sufficient ground for dismissing a suit in this Court;[a] but in this case the defendant had voluntarily appeared, and procured an affirmance on certificate, before the coming in of the record. After that affirmance has been set aside, he cannot claim any advantage on account of the want of a citation.

*a* Minor's Ala. Rep. 97. 2 Cranch 406.

Motion overruled.